UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-81005-DIMITROULEAS/HOPKINS

GARFIELD SPENCE,

    Plaintiff,

vs.

HYPOLUXO CHEVRON INC. and
COAST TO COAST PETROLEUM, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, GARFIELD SPENCE ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, HYPOLUXO CHEVRON INC. and COAST TO COAST PETROLEUM, INC.

Plaintiff and Defendants, HYPOLUXO CHEVRON INC. and COAST TO COAST PETROLEUM, INC, are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with prejudice once the agreement is finalized.  Plaintiff and Defendants request twenty (20) days within which to file its dismissal documents.

Respectfully submitted this 1st of August, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 1st day of August, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com