UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   16-CV-81005-DIMITROULEAS

GARFIELD SPENCE,

    Plaintiff,

vs.

HYPOLUXO CHEVRON INC. and
COAST TO COAST PETROLEUM, INC.,

    Defendants.

_____/

**ORDER APPROVING CONSENT DECREE;
DISMISSING ACTION WITH PREJUDICE**

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice [DE 14] (the "Motion"). The Court has carefully considered the Motion [DE 14] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 14] is hereby **GRANTED**;

2. The Consent Decree [DE 14-1] is hereby **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees and costs except as otherwise agreed;

3. The Court retains jurisdiction to enforce the Consent Decree [DE 14-1]; and

1

4. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of August 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record